# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:22-cr-097 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| JOSEPH HINNARD | ) | Magistrate Judge Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One and Count Three of the three-count Indictment; (2) accept Defendant's guilty plea as to Count One and Count Three; (3) adjudicate the Defendant guilty of Count One and Count Three; (4) defer a decision on whether to accept the plea agreement [Doc. 40] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter [Doc. 45]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 45] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One and Count Three of the Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One and Count Three is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Three;
4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **August 10, 2023 at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**